OPINION — AG — ** AD VALOREM TAXATION — PROCEEDS — COUNTY ASSESSOR OFFICE ** THE MONIES PROVIDED FOR IN THE SPECIAL REVALUATION BUDGET DESCRIBED IN 68 O.S. 2481.3 [68-2481.3] AND 68 O.S. 2481.4 [68-2481.4], MAY ONLY BE USED TO FUND OPERATING EXPENSES OF THE COUNTY ASSESSOR'S OFFICE THAT ARE SPECIFICALLY ATTRIBUTABLE TO THE REVALUATION PROGRAM SET FORTH IN 68 O.S. 2481.1 [68-2481.1] ET SEQ. (COMPREHENSIVE PROGRAM OF REVALUATION OF ALL PROPERTY WITHIN A COUNTY FOR PURPOSES OF AD VALOREM TAXES, OPERATING EXPENSES, OVERHEAD EXPENSES, ESTIMATE OF NEED, REASSESSMENT, REAL PROPERTY, PUBLIC FUNDS) CITE: OPINION NO. 80-295, OPINION NO. 80-269, 68 O.S. 2481.9 [68-2481.9], 68 O.S. 2481.10 [68-2481.10], 68 O.S. 2481.8 [68-2481.8], 68 O.S. 2427 [68-2427](A), 68 O.S. 2427 [68-2427](B), 68 O.S. 2431 [68-2431], 68 O.S. 2435 [68-2435], 68 O.S. 2436 [68-2436], 68 O.S. 2460 [68-2460], 68 O.S. 2481.2 [68-2481.2], 68 O.S. 2481.3 [68-2481.3], 68 O.S. 2481.4 [68-2481.4], 68 O.S. 2481.6 [68-2481.6] (SUSAN BRIMER AGOSTA)